UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ACACIA BURKS, INDIVIDUALLY AND ON BEHALF OF HER MINOR CHILD, EC and NYANGEL CAVALIER | * * * * | CIVIL ACTION NO.: |
| VERSUS | * * | JUDGE: |
| U.S. AIR NATIONAL GUARD and U.S. DEPARTMENT OF THE ARMY | * * * * | MAGISTRATE: |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**COMPLAINT FOR DAMAGES**

Petitioners, ACACIA BURKS, individually and on behalf of her minor child, EC, and NYANGEL CAVALIER, persons of the full age of majority and residents of the State of Louisiana, through undersigned counsel, respectfully state:

1.

The Court has jurisdiction over this case pursuant to 28 U.S.C. 1346 which grants United States Courts original jurisdiction for tort claims against agencies of the United States.

2.

Venue is proper in this Court under 28 U.S.C 1391 (b)(2) because the accident occurred in Orleans Parish, Louisiana, which is situated in the Eastern District of Louisiana.

3.

Made defendants herein are:

    A.     UNITED STATES AIR NATIONAL GUARD; and

    B.     UNITED STATES DEPARTMENT OF THE ARMY.

4.

On or about August 4, 2018, petitioner, ACACIA BURKS, was the owner and operator of a 2014 Chevrolet Malibu automobile, with petitioners, EC and NYANGEL CAVALIER, as guest passengers, on Paris Road in Orleans Parish, Louisiana, when suddenly and without warning, a 2018 Oshkosh military vehicle, owned by the U.S. AIR NATIONAL GUARD and operated by Adam Jasmine, a member of the U.S. DEPARTMENT OF THE ARMY, made a left turn in front of petitioners' vehicle, causing petitioners' vehicle to strike the military vehicle, causing serious personal injury to petitioners.

5.

The above described collision resulted from the fault and/or negligence of Adam Jasmine in the following non-exclusive particulars:

- A. In failing to act with reasonable vigilance;
- B. In failing to maintain a proper lookout;
- C. In failing to maintain control of the vehicle;
- D. In operating the vehicle in a reckless and unsafe manner;
- E. In operating the vehicle in violation of state and municipal traffic control regulations;
- F. In otherwise failing to control the operation of the vehicle in a proper manner so as to avoid the collision; and
- G. Other acts of fault and/or negligence which may be discovered prior to the trial of this matter.

6.

As a result of the above described collision, petitioners sustained serious and permanent physical injuries which have resulted in past, present and future mental and physical pain and

suffering, disability, loss of enjoyment of life, loss of insurability and loss of earnings capacity, and has necessitated medical expenses, past and future, all of which entitle petitioners to recovery of sums reasonable in the premises.

7.

At all times pertinent herein, Adam Jasmine was acting within the course and scope of his duties as a military agent of the U.S. AIR NATIONAL GUARD and/or the U.S. DEPARTMENT OF THE ARMY, and said U.S. AIR NATIONAL GUARD and/or U.S. DEPARTMENT OF THE ARMY are liable for his negligence.

8.

Petitioners filed Standard Form 95 claim forms with the U.S.AIR NATIONAL GUARD. Said forms were transferred to the U.S. DEPARTMENT OF THE ARMY and denied as not being filed within the two year statute of limitations. The claims of EC and NYANGEL CAVALIER were rejected by letter dated January 13, 2021 and the claim of ACACIA BURKS was rejected by email dated January 27, 2021.

9.

Pursuant to 28 U.S.C. 2401(b), Petitioners bring the instant action within six months after the date of mailing of notices of final denial.

WHEREFORE petitioners pray that a certified copy of this petition be served upon defendants and that after due proceedings had, there be judgment rendered herein in favor of ACACIA BURKES, individually, in the amount of $476,737.12; ACACIA BURKS on behalf of her minor child, EC, in the amount of $107,671.11; and NYANGEL CAVALIER, in the amount of $423,638.40, and against the U.S. AIR NATIONAL GUARD and the U.S. DEPARTMENT OF THE ARMY, jointly, severally and in solido, together with legal interest from

the date of judicial demand until paid, all costs of these proceedings and all other just and equitable relief.

                                                  Respectfully submitted,

SUTTON LAW FIRM
935 Gravier St., Ste. 1910
New Orleans, LA 70112
LSutton@suttonlaw.us
Ph. (504) 592-3230
Fx. (504) 585-1789

By:   *Lionel H. Sutton*
       LIONEL H. SUTTON, III
       Bar Number 20386