**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **ACACIA BURKS, ET AL** | **CIVIL ACTION** |
| **VERSUS** | **NO:  21-1322** |
| **UNITED STATES NATIONAL GUARD, ET AL** | **SECTION: "S" (3)** |

## ORDER

Before the court is the **Motion to Dismiss** (Rec. Doc. 4) filed by defendants. The court's review of the complaint reflects that it is prescribed on its face, and plaintiffs have informed the court that they do not oppose dismissal on that basis. Accordingly,

**IT IS HEREBY ORDERED** that the motion is granted, and plaintiffs' complaint is **DISMISSED with prejudice** as prescribed.

New Orleans, Louisiana, this 20th  day of October, 2021.

**MARY ANN VIAL LEMMON**
**UNITED STATES DISTRICT JUDGE**